DOROTHY SCHALLER et al., Appellants, *v.* AETNA CASUALTY AND SURETY COMPANY, Respondent.

Argued October 22, 1953; decided January 21, 1954.

726

*Richards W. Hannah* and *David Klein* for appellants.
*John P. Carson* and *William S. O'Connor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ. CONWAY, J., dissents and votes to reverse the judgment of the Appellate Division, with costs, and to grant a new trial upon the opinion of BELDOCK, J., at Trial Term.